**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 01, 2018

Debra P. Hackett
U.S. District Court
PO BOX 711
MONTGOMERY, AL 36101-0711

Appeal Number: 18-10149-HH
Case Style: Lawrence Wells v. Gourmet Services Inc., et al
District Court Docket No: 2:13-cv-00516-WKW-CSC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

---

No. 18-10149

---

District Court Docket No.
2:13-cv-00516-WKW-CSC

LAWRENCE WELLS,

Plaintiff - Appellant,

versus

GOURMET SERVICES INC.,
AL BAKER,
GIL JONES,
TIA BENTON,
CHARLIE JONES, et al.,

Defendants - Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 31, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE 10/01/2018